**Exhibit A to the Complaint**

**Location:** Boca Raton, FL  
**Total Works Infringed:** 103

**IP Address:** 73.125.34.240  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 12-04-2021 02:18:34 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 2 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 11-21-2021 01:13:19 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 3 | Info Hash: A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash: 4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 11-20-2021 21:17:07 | Blacked Raw | 12-08-2018 | 12-18-2018 | PA0002141919 |
| 4 | Info Hash: 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57<br>File Hash: 08AD74E95AD3720928E97453FC2F04E16A2221467A2120B727DEE1BA6BF28384 | 11-20-2021 21:14:38 | Blacked | 12-26-2018 | 02-02-2019 | PA0002155307 |
| 5 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 11-20-2021 21:13:58 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |
| 6 | Info Hash: 16BE9C2A0836D8C3DA7C84CD3ED4B4E614605590<br>File Hash: 8DC9BE53AC63119E0FCB977C5E88577399C51320275A44A1900D5FDA9D24637A | 11-20-2021 21:11:51 | Tushy | 09-08-2019 | 10-01-2019 | PA0002217338 |
| 7 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 11-20-2021 20:41:12 | Tushy | 04-12-2020 | 04-22-2020 | PA0002237697 |
| 8 | Info Hash: 6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash: 3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 11-20-2021 20:37:10 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6<br>File Hash: 5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 11-13-2021 19:05:55 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 10 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 10-23-2021 20:09:53 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 11 | Info Hash: D7D96219F75CB298E2C1029F953017860E5C1004<br>File Hash: BB58FBED18D81A3F0D14C271ADF4BE3A045E2E0C621BB5195F09A2908C189EF1 | 10-21-2021 23:14:05 | Blacked | 06-19-2018 | 07-14-2018 | PA0002130450 |
| 12 | Info Hash: 8B84870625941F984BA357806583B9F62C6D5F9D<br>File Hash: 39B15527B11593F329E565B1ABF2CD8A4423C73C7724775A47CADA47F6D2E224 | 10-21-2021 23:05:38 | Tushy | 01-31-2019 | 02-22-2019 | PA0002155140 |
| 13 | Info Hash: 79F50E3960CFE36B1F1E044B222200097AA1DFEF<br>File Hash: 65513133DE6896A6FF1FF80BF1E9FF0B73CC9F7CEDE904744AC67802B05CF59C | 10-10-2021 22:08:56 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 14 | Info Hash: C5B266E871991178BC959E113F8FEC9E7EE84EBE<br>File Hash: 8700DB9ED77D006F16CBE154B665910BE7B2DA058667F5A464D9C4B49F8E20D9 | 10-07-2021 12:34:58 | Tushy | 06-20-2021 | 08-20-2021 | PA0002312019 |
| 15 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 10-02-2021 16:24:59 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 16 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 10-02-2021 16:18:45 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 17 | Info Hash: 7C0532F2B77A12F36AF10091D6D41B1ECE334A54<br>File Hash: E8A6D2271366D4F6D1C8D94B700175AE3A2915F891D3C20A077FD4E08C9848A7 | 10-01-2021 12:43:33 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 09-19-2021 19:46:29 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 19 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 09-19-2021 19:02:57 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 20 | Info Hash: 81E09376DDB4DBE7806032952C003C92FD898CD4<br>File Hash: E0CB089B233AA916BFE9DA1BC9EAC94412020D3AA408A6A4CFB754964E5B9D8D | 09-19-2021 18:40:28 | Blacked | 12-11-2018 | 01-22-2019 | PA0002147907 |
| 21 | Info Hash: 35716DE321621E8E0C6E0CCBBDAE0F46628F447A<br>File Hash: A2532A60F98F1150D7CA2A1B34F5C29647CC1B1CDDA893DE0EAD967140B49AC8 | 09-04-2021 21:49:30 | Tushy | 02-05-2018 | 02-20-2018 | PA0002104194 |
| 22 | Info Hash: 06A0AA871C38B22364679C407392C4C580DAB699<br>File Hash: BBABE80AF46824ECA3F01EE91139B5E4238FFEF00A0775AA9BC1734986235CAA | 09-03-2021 13:00:20 | Vixen | 05-19-2018 | 07-14-2018 | PA0002128156 |
| 23 | Info Hash: C2CD33294A80E9042A3D6D2FC6C52861821EFA18<br>File Hash: D8C1F32807E495498B649867E55C81729FF4F5A3284A8C2BFD14FC74A8412322 | 09-03-2021 12:50:42 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |
| 24 | Info Hash: A8BBCBF424202F9DAF9E209F03C7E147730757B9<br>File Hash: 77CCE13C908A6B3196451C9B44512FCC6E6EDB94B6120C4FF7230D9674D17083 | 08-29-2021 14:42:56 | Vixen | 03-20-2020 | 04-17-2020 | PA0002246116 |
| 25 | Info Hash: 27338B5E987C3D802911ADA3ED99200789C6555E<br>File Hash: 82B975CC4D154F94341E7840D7EB9DC0068FD664145CF2A3B9248EB22670B654 | 07-31-2021 14:30:28 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |
| 26 | Info Hash: A49EE756D34A89C41FE77B65408E50C945724CBD<br>File Hash: C0E7DBA8FAC2A125D33DF2B1F21FC81E5E61DDC85DAA378BEE9E35E3D3E27C91 | 07-17-2021 17:40:23 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9<br>File Hash: 3907F5F1B4D7BDF3C32081D6DFECFDA0FFC5A500A4853B1F1B0294CA71241F2B | 06-27-2021 16:48:36 | Blacked Raw | 04-12-2018 | 06-18-2018 | PA0002126637 |
| 28 | Info Hash: CFEBC9AE50CD5776401B39FF5FF280EB18AED998<br>File Hash: A6F2147B70C5DB2E630C7EE6A47C76FC79A6DF496B34AFE0664A92CC6EA61E12 | 06-27-2021 16:47:47 | Vixen | 05-14-2018 | 06-19-2018 | PA0002126499 |
| 29 | Info Hash: CA5CDC908938D43DBDC0822505449EE352C2A5E3<br>File Hash: C1989360CB00041C7DF61700B88E84563F906D9EA71DB8B980D38D39D17ECE05 | 06-26-2021 17:21:51 | Blacked | 05-16-2020 | 06-22-2020 | PA0002245639 |
| 30 | Info Hash: F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD<br>File Hash: 8D4F97C4D42441372872A9B38EED6DD63FA53A39C2FEC53A1469AA10F9874617 | 05-23-2021 14:55:22 | Blacked | 07-04-2017 | 07-07-2017 | PA0002070819 |
| 31 | Info Hash: 8F956F468C97DAA77692ED5C69013C520596B3EE<br>File Hash: 2DF68BF9E1BFAC8B52D837B8256102DE91019D50018A1DA252384B399EECA879 | 04-03-2021 14:09:33 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 32 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 01-01-2021 21:15:14 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 33 | Info Hash: 612F1024AF62D7203A18A850CC4D8A9DD21ADB07<br>File Hash: 37826FCF26DE3DC9AC3611E5684D844A2CB87B5A053B611DB35B054B6E68AABC | 08-17-2020 12:38:28 | Vixen | 06-23-2017 | 07-07-2017 | PA0002070829 |
| 34 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08-16-2020 22:03:57 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 35 | Info Hash: 1D918F2302BC0129E301B2EE7043A60A30FCFABE<br>File Hash: E2F336590BCE4A09B82D016A2071FD6CAC669FA843DFBFCA95B2B2EC03A4A277 | 07-26-2020 13:11:17 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82<br>File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 07-04-2020 23:59:55 | Vixen | 10-21-2019 | 11-05-2019 | PA0002227093 |
| 37 | Info Hash: D2DDFFECCBBB08FD6FC8A70B89DB307276CC73A7<br>File Hash: CCB1334ACDB8D410F38DDA3BCDC79A6FD7D18941840D14C855F2866FFD8F9B4A | 04-06-2020 12:03:52 | Vixen | 02-13-2020 | 03-15-2020 | PA0002240552 |
| 38 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 03-09-2020 12:36:09 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 39 | Info Hash: 17BB3B0967A7E4F30C1180FE82B85D69B848B7EF<br>File Hash: 11F0CA1ED541102FA197DF6D69D4AED9995DDBA853BED94A3D51E3026C1EB49E | 03-01-2020 13:30:17 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 40 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 03-01-2020 01:05:36 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 41 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 02-16-2020 05:24:17 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 42 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 02-16-2020 02:55:44 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |
| 43 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 02-05-2020 13:02:32 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 44 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 01-23-2020 12:06:37 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01-22-2020 13:13:42 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 46 | Info Hash: 8353F4631A78E6DC2342C97336E4C914EF5A5F4C<br>File Hash: E27F294BF15EE2AAA116EB4AD31699884120D036323B9960A2D3909627A48462 | 01-21-2020 12:10:36 | Blacked | 05-15-2019 | 07-05-2019 | PA0002206387 |
| 47 | Info Hash: E4062D74C022DAA04364C4E941D9DF3E0060AEA3<br>File Hash: 6479A9E1F85726E412945BA18A76C4C25132C82B2F81EB74ED6F588E3D19BFFD | 01-12-2020 19:14:58 | Tushy | 11-27-2019 | 01-03-2020 | PA0002233434 |
| 48 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 01-12-2020 11:29:44 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 49 | Info Hash: CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash: 71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 01-12-2020 11:04:03 | Blacked | 12-26-2019 | 01-27-2020 | PA0002223955 |
| 50 | Info Hash: E1F15E7B6EABE58DC466C22D74F18FCE870F8119<br>File Hash: 584C1C2181465B3F99178AEE73FC44B2D27250516D33027C8EB4FBA6AD355B4B | 01-12-2020 11:01:20 | Blacked | 01-05-2020 | 02-03-2020 | PA0002225565 |
| 51 | Info Hash: F6EF54B7F37C11FCB5B0A0583502F52CB68A6749<br>File Hash: 073F2CE106D70F7D353C4BB07A3F079F25319AEF5A8C0740CF6AC6E6255F329C | 01-08-2020 13:14:40 | Tushy | 12-07-2019 | 12-17-2019 | PA0002217666 |
| 52 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash: 09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 12-26-2019 13:25:34 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |
| 53 | Info Hash: 5F0908E50A10F7EBA4E5D830A08CD09479D3282A<br>File Hash: 7EDEA7775D91F8151E50D286B9048F69677F23E69B3748E6F4EC5111409B77C2 | 12-04-2019 13:00:40 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 2792CFE99C40641407BFC00440005D0FBAC48D6F<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 11-15-2019 13:07:12 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 55 | Info Hash: C2D9B1003D58049A4B3166BE0C9620ECCA0B4800<br>File Hash: DBE374DE7A009AF6B5D6F52AE071B40E0C007408A95A624B2F893EBD8F17D895 | 11-09-2019 14:07:41 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 56 | Info Hash: 83130BEF4D6B7F7CF58B9A72566BBBF2221ACE3E<br>File Hash: 4545A44D68DD5E94AC25FFD84C4110EE84A952FBF15D147C3A16B8393D7BBECF | 11-09-2019 13:55:45 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 57 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash: 3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 11-04-2019 13:06:35 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 58 | Info Hash: AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash: 3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 11-01-2019 12:20:28 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 59 | Info Hash: DD7D9795E444F4A6C88F770090690E10B003073E<br>File Hash: 7A54C431B03EF40343B74D55875C35757C5E8AB7D71DB14BA1EBC7282381C12B | 10-29-2019 11:58:20 | Blacked Raw | 10-09-2019 | 11-05-2019 | PA0002210286 |
| 60 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 10-23-2019 11:58:10 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 61 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash: 4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 10-23-2019 11:50:23 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 62 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 10-23-2019 11:49:05 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 10-23-2019 11:48:13 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 64 | Info Hash: 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658<br>File Hash: EE61A84D0A948253FD2F89A37ADDACF7AEC34DAB37A805E22DB0402EB300FC11 | 10-12-2019 19:37:03 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |
| 65 | Info Hash: BF9A8862FB7980570FA988AB354BA6300B4B31A0<br>File Hash: 33F89FCD029EB43FC87DD221983BEA4FAAB8E16974D676DB84E8C96A68364D1A | 10-12-2019 11:24:53 | Tushy | 04-01-2018 | 04-17-2018 | PA0002116061 |
| 66 | Info Hash: 73DFB9E01775300A351722EFAA0DAD384952EBF0<br>File Hash: BC069A88481A788CCFC4E186459FE4F3384DC7AB48F6D46CFF338AE125CADC4E | 10-08-2019 12:08:24 | Blacked | 10-07-2019 | 10-21-2019 | PA0002207742 |
| 67 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 09-23-2019 12:01:58 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 68 | Info Hash: D1876B91ECD43BD0C049CD7C5361BACA062B9308<br>File Hash: DC4BF5004F857D566D46E562C33CAC7E6D83C7887F4ADE14573CCFE397284E90 | 09-20-2019 11:15:38 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |
| 69 | Info Hash: 143ED56E751B662F727B52D79C441FBCC16BB177<br>File Hash: 6E468AF507E2B8CA74CF0E8AB4CC91C10A7F4D5FFA43B66EE393ED88FB48F9FD | 08-10-2019 12:39:14 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 70 | Info Hash: 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18<br>File Hash: 533DB3DC2826A2465EBAA4692B5DEA36D80A9D178DE8CB1A181959A41230D69B | 08-09-2019 11:50:39 | Tushy | 01-26-2019 | 02-22-2019 | PA0002155150 |
| 71 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 08-09-2019 11:37:31 | Blacked | 06-04-2019 | 07-17-2019 | PA0002188309 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 08-09-2019 11:30:57 | Blacked | 08-08-2019 | 09-17-2019 | PA0002216217 |
| 73 | Info Hash: 8F4F1FA7CC004ADD7CDD9F00D5DFC968267D2675<br>File Hash: C1AE1AFE64AC561DCC15272FF2A964E0DF58435E13537750D4143A627E6BEC87 | 07-16-2019 12:12:19 | Tushy | 07-15-2019 | 08-02-2019 | PA0002192300 |
| 74 | Info Hash: 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687<br>File Hash: 20320E71F1E88717DC5A527E6DE791D768240E8F7DA18AB5DEC377DFBBABDC1B | 07-03-2019 12:50:38 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 75 | Info Hash: 9B5761C43053C4D647846D4270AD5085098C8B1A<br>File Hash: 6516355D4D925EA0A8E317FE797A659F1B938D60E5830BA6DF550A82398771CB | 06-12-2019 12:15:19 | Tushy | 08-29-2017 | 10-10-2017 | PA0002086144 |
| 76 | Info Hash: 1D63168E762F9CB41AE4DBD6646599AD0EFF3911<br>File Hash: 7DD2139033B69D0F7D05663870327466216284B6FC4B0AF701F01CA5669E354D | 05-24-2019 13:11:18 | Blacked | 07-09-2017 | 08-17-2017 | PA0002077662 |
| 77 | Info Hash: 464AB452DA8258FA23BA74830F0D57EE7CA518C5<br>File Hash: 7C9AF909ACABBEBABEA527D0C54A208D5507D97A0B8A3CA1C576B5B2E470CCDF | 05-24-2019 13:05:33 | Tushy | 08-24-2017 | 09-15-2017 | PA0002052837 |
| 78 | Info Hash: F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash: 6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 05-22-2019 12:11:28 | Tushy | 05-16-2019 | 07-05-2019 | PA0002206381 |
| 79 | Info Hash: ACEB9396D1442ACF5E2840310FED768E8D533EE7<br>File Hash: AAF3E4A03F3C1380594C906B813EEF5BA87753E022D239E2E362D99C51733977 | 05-11-2019 13:46:07 | Blacked | 10-17-2017 | 11-27-2017 | PA0002097981 |
| 80 | Info Hash: 63DFE31973E8D9C33E4F6DC4A565B760E78B2463<br>File Hash: 5823B89B3CE90E5E33801FF1E9C4C87D98B236B0012E245C8248E40D0E7F79FB | 05-11-2019 13:37:27 | Vixen | 12-10-2017 | 01-04-2018 | PA0002097451 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8<br>File Hash: 86718A831FFFC7E5DB83BC490E1467BCC568C94B6FBF1B32F074F50FABE991C6 | 04-11-2019 12:24:18 | Blacked | 02-09-2019 | 03-11-2019 | PA0002158599 |
| 82 | Info Hash: 96CA0D7FF3B563FD057436FBC325B6FF3EB237B7<br>File Hash: 776BD10C5C3C670C3252D3D199831BFD79A96E2E07899CD4064320861F3D506D | 04-11-2019 12:07:55 | Tushy | 03-07-2019 | 03-31-2019 | PA0002163981 |
| 83 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash: A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 04-01-2019 12:21:35 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |
| 84 | Info Hash: 6CA0412F00E59D795DC36C34E223AAE9998B767C<br>File Hash: F013EC723880DE1A6356F37ED370FC8B8C933ADC1637E79614FDA0DD290944C7 | 03-22-2019 12:20:19 | Tushy | 07-15-2018 | 08-07-2018 | PA0002132406 |
| 85 | Info Hash: ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39<br>File Hash: BF2324E563299B843D750C225AA4713748F774270CACA8F99C61C55B55BEC599 | 03-22-2019 12:19:03 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 86 | Info Hash: 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77<br>File Hash: DF01FAC71E200AADC39775BB000F3DF98A43F715767F321ED62A96342238B9BE | 03-11-2019 12:12:56 | Blacked | 05-20-2018 | 07-14-2018 | PA0002128469 |
| 87 | Info Hash: A1CEB960EC65143DB61772C0EB28FD52DE7AC96E<br>File Hash: E86E74055FE584DC77A55C771B9390528CC634E0BE85F5CB58F6601C0EA8ED77 | 03-09-2019 12:21:22 | Tushy | 01-06-2019 | 01-22-2019 | PA0002147897 |
| 88 | Info Hash: B7BCBF2FCDD44A8BDB3A063EB66E0773C0B07526<br>File Hash: A2C5BAE81898F9DEA282CA577741FAA9602957AC0D4DC6CBA2937249EC4B5130 | 02-13-2019 12:38:10 | Tushy | 12-07-2018 | 01-22-2019 | PA0002149849 |
| 89 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 02-05-2019 13:06:29 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: B2F1BFF0ABF8377051DA49DB02B26390000F08B1<br>File Hash: 8502291A2B061F633A1FFD43A8A6F3A6E720F0183D45EAC0E2035698D1848EE3 | 02-01-2019 13:38:36 | Tushy | 11-21-2018 | 01-22-2019 | PA0002149838 |
| 91 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 01-17-2019 12:45:41 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 92 | Info Hash: D3E111A172F6D43B17E5E5C8EB24008B3C8796DF<br>File Hash: 4D9DE174B208408074A2CFA78D9FC28809E6BF0337E6957B5DB2C5E48E1E45D1 | 12-27-2018 12:11:23 | Blacked Raw | 09-09-2018 | 10-16-2018 | PA0002127792 |
| 93 | Info Hash: 6049B9E133633A9FF7E90B0828766D3BC834C810<br>File Hash: 984A6C099EAB4A3EBA828A8669A40409149E6D3030506751DA1BC9D4C28321CA | 12-26-2018 13:11:36 | Tushy | 12-17-2018 | 02-02-2019 | PA0002155393 |
| 94 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 12-19-2018 12:55:45 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 95 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash: EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 12-19-2018 12:54:26 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 96 | Info Hash: B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0<br>File Hash: DC7D19B9166202BC161BEDF969F840068FFB0B9168E1ABB9959B9D3136989FB0 | 12-19-2018 12:53:43 | Tushy | 10-23-2018 | 11-25-2018 | PA0002136621 |
| 97 | Info Hash: 1809D57D2D5C8A110DB432826F6EF13CB753892E<br>File Hash: DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 12-19-2018 12:49:29 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 98 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 12-07-2018 13:33:54 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 99 | Info Hash: B72D3C77D269B4C27197B79F5D0E68B4E1A7E096<br>File Hash: 68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 12-07-2018 13:30:24 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 100 | Info Hash: 9E757F2B0F0628FA2CF6D14E2592E149523CF8ED<br>File Hash: 35EB19C9FE15018078773BC8FA36B11A5233B3C63101DF10EF37E675B48DA324 | 12-07-2018 13:28:41 | Blacked | 11-26-2018 | 12-18-2018 | PA0002141922 |
| 101 | Info Hash: 7B364338CD90FC951B3F536B186EBA30DE4246FC<br>File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 12-07-2018 13:27:05 | Blacked Raw | 11-28-2018 | 01-22-2019 | PA0002149836 |
| 102 | Info Hash: CFC43FBDF00B5E19FD18B04021949B9367CB28EA<br>File Hash: 80EAD22603F13C78E9774887C4EF6CE352D406A04F4594ED4C6CA00C53D2446E | 12-07-2018 13:26:11 | Blacked | 12-06-2018 | 12-18-2018 | PA0002141921 |
| 103 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 12-04-2018 13:33:05 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |